IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00217-GPG

FIDELINA ARGUETA-VICENTE,

    Applicant,

v.

JOHN LONGSHORE, U.S. DHS-ICE,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's Unopposed Motion for 30 Day Extension of Time, ECF No. 8, is granted.  Applicant shall have thirty days from the date of this Minute Order to comply with the February 11, 2015 Order Directing Applicant to File Amended Application.  If Applicant fails to file an amended application within the time allowed the Court will dismiss this action without further notice. .

Dated:  March 31, 2015