**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00217-GPG

FIDELINA ARGUETA-VICENTE,

    Applicant,

v.

JOHN LONGSHORE, USDHS - ICE, Denver,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    In Response to the Court's May 7, 2015 Order to Show Cause, Applicant's attorney, Jim Salvator, filed a, "Motion to Withdraw" ECF No. 12, on May 15, 2015. The Motion to Withdraw is **GRANTED**.

    Applicant is reminded that she has thirty days from the date of this Order to file an Amended Application as instructed in the Court's February 11, 2015 Order.

Dated:  May 18, 2015