IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00217-GPG

FIDELINA ARGUETA-VICENTE,

    Applicant,

v.

JOHN LONGSHORE, USDHS - ICE, Denver,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Fidelina Argueta-Vicente, alleges that she is in the custody of federal immigration authorities or a contracting agency.  On February 2, 2015, Applicant filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and paid the $5.00 filing fee.

On February 11, 2015, the Court ordered Applicant to file an Amended Application that provides a clear statement of the federal constitutional claim she is asserting. (ECF No. 3).  On March 26, 2015, Attorney Jim Salvator filed an entry of appearance in the case. (ECF No. 7).  On March 31, 2015, the Court granted Applicant's motion for extension of time to file an Amended Application and ordered Applicant to file an Amended Application within thirty days of the order. (ECF No. 9). The Court informed the Applicant that failure to file an amended application within the time allowed would result in dismissal of the action without further notice.  An amended application was not filed within the time allowed.

On May 7, 2015, the Court issued an Order to Show Cause why Attorney Salvator's appearance as counsel should not be stricken in the case because he had been placed on disability/inactive status with the court. (ECF No. 10). The Court also ordered that if Mr. Salvator's appearance as counsel was stricken, the Applicant would have an additional thirty days from that date to file an Amended Application. (*Id.*) The Court ordered the Clerk of Court to mail a copy of the Order to Show Cause to the Applicant directly. (*Id.*)

On May 15, 2015, Attorney Salvator filed a motion to withdraw as counsel, (ECF No. 12), which was granted by the Court in a Minute Order on May 18, 2015 (ECF No. 18). In the Minute Order, the Court reminded Applicant that she had thirty days from the date of the Order to file an Amended Application as instructed in the Court's February 11, 2015 Order. (*Id.*)

Applicant has failed to file an Amended Application within the time allowed. Therefore, the action will be dismissed without prejudice for failure to file an Amended Application and failure to prosecute.

Accordingly, it is

**ORDERED** that the Application and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Application and for failure to prosecute.

DATED at Denver, Colorado, this  25th  day of June, 2015.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court